**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 86 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| PEDRO COLON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 87 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| PEDRO COLON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 88 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| PEDRO COLON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 89 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

PEDRO COLON,                           :
                                       :
                Petitioner             :
                                       :
COMMONWEALTH OF PENNSYLVANIA,          :   No. 90 EAL 2020
                                       :
                Respondent             :
                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court
                v.                     :
                                       :
                                       :
PEDRO COLON,                           :
                                       :
                Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the decision or consideration of these matters.